1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STONE LAW GROUP, PLC**
Shawn L. Stone, Bar No. 23558
Mallory Powers, Bar No. 30384
3030 N. 3rd Street, Suite 200
Phoenix AZ 85012
Tel: (602) 264-0500 / Fax: (602) 264-0501
slstone@stonelawaz.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| LA SHAUNA BULLUCK,<br><br>              Plaintiff,<br><br>     vs.<br><br>KEY 2 RECOVERY, INC., Ohio corporation,<br><br>              Defendant. | Case No.: 2:15-cv-00717-SRB<br><br>**NOTICE OF SETTLEMENT** |

   Plaintiff, La Shauna Bulluck, by and through undersigned counsel, hereby serves notice of settlement.

   Plaintiff anticipates finalizing settlement and filing a Notice of Dismissal With Prejudice as to all Defendants pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, within 60-days.

   DATED: May 28, 2015.

                                        STONE LAW GROUP, PLC

                                        / s / Shawn L. Stone

                                        _____
                                        By:    Shawn L. Stone
                                               Mallory Powers
                                               Attorneys for Plaintiff

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Certificate of Service**

A copy of this document electronically filed with The Office of the Clerk of the United States District Court for the District of Arizona using the CM/ECF System and mailed/emailed on May 28, 2015:

Key 2 Recovery, Inc.
c/o Doug Plummer, CEO
5448 West Chester Road
West Chester, OH 45069
Attorney for Defendant
Email: dplummer@key2recovery.com


 / s / Shawn L. Stone
_____